UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H O'CONNOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SABADELL UNITED BANK, N.A.,<br><br>　　　　Defendant. | Case No. 14-cv-00180-JCS<br><br>**ORDER VACATING ENTRY OF DEFAULT AND DENYING DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 12, 17 |

The Court has taken under advisement Plaintiff's Motion for Default Judgment and Defendant's Response. *See* Dkt. Nos. 17-19. Defendant appeared before the court on June 27, 2014.

Good cause appearing, the Court **VACATES** Entry of Default as to defendant Sabadell United Bank, N.A. on April 2, 2014, Dkt. No. 12, and **DENIES** Plaintiff's Motion for Default Judgment. Dkt. No. 17.

Defendant is ordered to respond to Plaintiff's complaint within 20 calendar days.

**IT IS SO ORDERED.**

Dated: June 30, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge